# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DOIRON, MAUREEN L | § | Case No. 07-07181 SQU |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
      CLERK OF BANKRUPTCY COURT
      KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 04/08/2011 in Courtroom 4016,
      DuPage County Courthouse
      505 N. County Farm Rd.
      Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/10/2011        By: CLERK OF BANKRUPTCY COURT

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                             §
                                   §
                                   §
DOIRON, MAUREEN L                  §     Case No. 07-07181 SQU
                                   §
         Debtor(s)                 §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,856.27 |
| and approved disbursements of | $ | 19.35 |
| leaving a balance on hand of[1] | $ | 5,836.92 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 1,335.62 | $ 0.00 | $ 1,335.62 |
| Other: International Sureties Ltd. | $ 4.96 | $ 4.96 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,335.62 |
| Remaining Balance | $ 4,501.30 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 76,601.92  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank/Discover Financial Services | $ 6,645.21 | $ 0.00 | $ 390.49 |
| 000002 | Capital Recovery One | $ 374.18 | $ 0.00 | $ 21.99 |
| 000003 | CHASE BANK USA, NA | $ 10,009.89 | $ 0.00 | $ 588.20 |
| 000004 | CHASE BANK USA, NA | $ 12,434.60 | $ 0.00 | $ 730.68 |
| 000005 | Mirabella,Kincaid,&Frederick | $ 10,399.32 | $ 0.00 | $ 611.09 |
| 000006 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 36,738.72 | $ 0.00 | $ 2,158.85 |

Total to be paid to timely general unsecured creditors                $         4,501.30

Remaining Balance                                                    $             0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL

Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                           United States Bankruptcy Court
                            Northern District of Illinois
```

In re:                                                          Case No. 07-07181-JHS
Maureen L. Doiron                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mflowers              Page 1 of 1                  Date Rcvd: Mar 11, 2011
                              Form ID: pdf006             Total Noticed: 18

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2011.
db           +Maureen L. Doiron,    3691 Baybrook Dr.,    Aurora, IL 60504-6593
aty          +Bradley S Covey,    Springer, Brown,Covey, Gaertner & Davis,    232 S Batavia Ave,
               Batavia, IL 60510-3169
tr           +Gina B Krol,    Cohen & Krol,    105 West Madison St Ste 1100,    Chicago, IL 60602-4600
11317541     +American Home Mortgage,    PO Box 631730,    Irving, TX 75063-0002
11317542      Bank of America,    P.O. Box 15726,    Wilmington, DE 19886-5726
11317543     +Bob & Sharon Murray,    941 Lakestone Lane,    Aurora, IL 60504-6435
14361628      CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
11317544     +Chase,   Box 15153,    Wilmington, DE 19886-5153
11451577    +++Chase Bank USA, N.A.,    Pob 15145,    Wilmington, DE 19850-5145
11317546     +Citifinancial,    POB 183041,    Columbus, OH 43218-3041
11317551     +Mirabella,Kincaid,&Frederick,     1737 South Naperville Rd. Suite 100,    Wheaton, IL 60189-5894
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13072865     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 12 2011 01:38:24
               AMERICAN INFOSOURCE LP AS AGENT FOR,    FIA Card Services, NA/Bank of America,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
12407629     +E-mail/PDF: rmscedi@recoverycorp.com Mar 12 2011 01:43:22    Capital Recovery One,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11317549      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 12 2011 01:28:14    Discover,   Box 30395,
               Salt Lake City, UT 84130
11409613      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 12 2011 01:28:14
               Discover Bank/Discover Financial Services,    PO Box 3025,   New Albany, OH 43054-3025
11317550      E-mail/PDF: gecsedi@recoverycorp.com Mar 12 2011 01:29:05    Lowes,    PO Box 530914,
               Atlanta, GA 30353-0914
12389505      E-mail/PDF: rmscedi@recoverycorp.com Mar 12 2011 01:43:21
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
11421325     +E-mail/PDF: rmscedi@recoverycorp.com Mar 12 2011 01:43:21
               Recovery Management Systems Corporation,    For GE Money Bank,    dba LOWES CONSUMER,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14361645*     CHASE BANK USA, NA,    PO BOX 15145,   WILMINGTON, DE 19850-5145
11317545*    +Chase,   Box 15153,   Wilmington, DE 19886-5153
11317547*    +Citifinancial,   POB 183041,   Columbus, OH 43218-3041
11317548    ##+Deborah Klaas, PC,    310 South County Farm Rd. Suite H,   Wheaton, IL 60187-2409
                                                                                   TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 13, 2011**          **Signature:** _Joseph Speetjens_